# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:07-cr-00227-KJD(PAL) |
| vs. | ) **ORDER FOR DISMISSAL** |
| EGBERANMWEN VIVIAN OSAYAREN, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment returned on September 19, 2007, as to **EGBERANMWEN VIVIAN OSAYAREN** only.

**DATED** this  25th  day of January 2011.

DANIEL G. BOGDEN
United States Attorney

/S/ CRANE POMERANTZ
CRANE POMERANTZ
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

**DATED** this  26  day of January 2011.

UNITED STATES DISTRICT JUDGE